456 A.2d 1091

Commonwealth v. Murphy, Appellant.

Submitted November 16, 1982. George Gershenfeld, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.